Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  CHARLES JACOBS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES JACOBS, ) | Case No.:   09-CV-1804 SKO |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| Defendant ) | |

    Plaintiff Charles Jacobs ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to July 27, 2010; and that Defendant shall have until August 27, 2010, to file his opposition, if any is forthcoming.

An extension of time is needed in order to properly address the issues within the 440 page administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: June 15, 2010           Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Steven G. Rosales*
                          BY: _____
                              Steven G. Rosales
                              Attorney for plaintiff CHARLES JACOBS

DATED:  June 16, 2010         BENJAMIN WAGNER
                              United States Attorney


                                    */S/- Leslie Alexander
                              _____
                              Leslie Alexander
                              Special Assistant United States Attorney
                              Attorney for Defendant
                              [*Via email authorization]

**ORDER**

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including July 27, 2010, in which to file Plaintiff's Opening Brief.  Defendant shall have an extension of time to August 27, 2010, to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

   Dated:  **June 16, 2010**                    **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE